In the Matter of RAYMOND M. WEINSTEIN et al., Appellants, v CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.

Submitted June 25, 2007; decided July 2, 2007

Reported below, 39 AD3d 764.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.